

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 4:08:36 PM
CHRISTOPHER A. PRINE
Clerk

## John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

DECEMBER 18, 2015

FIRST COURT OF APPEALS
CHRISTOPHER A PRINE CLERK OF COURT
301 FANNIN 2ND FLOOR
HOUSTON TX 77002-2066
BY ELECTRONIC FILING

### NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 11-CV-0697,** Styled **Michael Standley, et ux vs. Maravilla Owners' Association, et al-** Filed in **10th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **First** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: **September 22, 2015**
Notice of Appeal**: 2 notices of Appeal filed by separate case parties on 12-11-15**
Motion for New Trial filed: **10-12-15 & 10-22-15**
Request for Finding of Facts and Conclusions of Law filed: **None filed**
Trial Judge: Kerry Neves
Court Reporter: Gail Jalufka

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being sent via electronic service to all counsel of record. The Clerk anticipates an extension to file the record on appeal will be requested due to the complexity and documents on file.

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Linda Scott, Deputy Clerk

Copy sent via electronic service to:

WRIGHT & CLOSE LLP
WANDA MCKEE FOWLER, ATTORNEY AT LAW
FOWLER@WRIGHTCLOSE.COM
ONE RIVERWAY SUITE 2200
HOUSTON TX  77056

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
MYRA K. MORRIS, ATTORNEY AT LAW
MYRA.MORRIS@ROYSTONLAW.COM
 802 N CARANCAHUA ST SUITE 1300
CORPUS CHRISTI TX  78401

**ATTORNEYS FOR DEFENDANTS MARAVILLA OWNERS' ASSOCIATION, INC.,
CATHLEEN COMEAUX BACH, JOHN KUBIS, LLOYD RINDERER, AND LYSSA M.
GRAHAM REYNOLDS**

HANSZEN – LAPORTE
JEFFREY L DORRELL, ATTORNEY AT LAW
JDORRELL@HANSZENLAPORTE.COM
11767 KATY FREEWAY SUITE 850
HOUSTON TX 77079

**ATTORNEY FOR APPELLANTS JACQUE PASSINO AND LONE PINE PROPERTIES, LTD.**

THE FAUBUS FIRM
MR. DAX O. FAUBUS, ATTORNEY AT LAW
DAX-NOTICE@FKBLAW.COM
1001 TEXAS AVENUE, 11TH FLOOR
HOUSTON, TEXAS 77002

**ATTORNEY FOR APPELLEES**

**DAVID C. RUCH, GALVESTONVIEWS LLC, ENTRUST OF COLORADO, INC. D/B/A ENTRUST NEW DIRECTION IRA, INC. D/B/A END-IRA, INC. F/B/O DAVID C. RUCH, IRA, IDLE TIME INVESTMENTS, LLC, ROBERT F. ZANT, SUE F. ZANT, RUTHANN CASSIDY, MARI VAN DE VEN, HADFIELD COMMUNICATIONS, INC., MAUREEN ZAMBO, REED A. SKIRPAN, ROBERT C. CARLSON, LYNDA M. CARLSON, BARBARA SHERMAN AND RICHARD SHERMAN**

**GAIL JALUFKA, 10TH DISTRICT COURT**

**COURT REPORTER**

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Filed: 12/11/2015 4:50:27 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8208329
By: Shailja Dixit
12/14/2015 3:55:12 PM

11-CV-0697

| | | |
|---|---|---|
| **DAVID C. RUCH**, *et al*, | § | **IN THE DISTRICT COURT OF** |
| *Plaintiffs*, | § | |
| **v.** | § | |
| | § | **GALVESTON COUNTY, TEXAS** |
| **MARAVILLA OWNERS' ASSOC.** | § | |
| **INC.**, *et al*, | § | |
| *Defendants* | § | **10ᵗʰ JUDICIAL DISTRICT** |

**DEFENDANT JACQUE PASSINO'S AND DEFENDANT LONE PINE PROPERTIES, LTD.'S JOINT NOTICE OF APPEAL**

1.     Defendants Jacque Passino and Lone Pine Properties, Ltd., desire to appeal from the **September 22, 2015**, final judgment signed after a jury trial.

2.     Passino and Lone Pine Properties, Ltd., timely filed a joint motion to modify the judgment, for partial judgment *non obstante veredicto*, or for new trial.  The Court has not ruled on the motion.

3.     This joint notice of appeal is filed within 90 days of the Court's judgment.  TEX. R. APP. P. 26.1(a).

4.     Passino and Lone Pine appeal to the First or Fourteenth Court of Appeals.

Respectfully submitted,

**HANSZEN ✦ LAPORTE**

By: _____/s/ Jeffrey L. Dorrell_____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANTS JACQUE PASSINO AND LONE PINE PROPERTIES, LTD.**

# CERTIFICATE OF SERVICE

I hereby certify that on _____12-11_____, 2015, a true and correct copy of the foregoing was sent by:

_____ Hand delivery
_____ Certified mail
_____ Telephonic document transfer
__X__ E-service in accordance with Tᴇx. R. Cɪᴠ. P. 21a(a)(1)

to the following counsel of record:

Mr. Dax O. Faubus
The Faubus Firm
dax-notice@fkblaw.com
1001 Texas Avenue, 11th Floor
Houston, Texas 77002
**COUNSEL FOR PLAINTIFFS**

Ms. Wanda McKee Fowler
Wright & Close, LLP
fowler@wrightclose.com
One Riverway, Suite 2200
Houston, Texas 77056
**COUNSEL FOR DEFENDANTS MARAVILLA OWNERS ASSOC., INC., CATHIE BACH, LYSSA GRAHAM REYNOLDS, JOHN KUBIS, LLOYD RINDERER**

Ms. Myra K. Morris
Royston, Razor, Vickery & Williams, LLP
myra.morris@roystonlaw.com
1300 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401-0021
**COUNSEL FOR DEFENDANTS MARAVILLA OWNERS ASSOC., INC., CATHIE BACH, LYSSA GRAHAM REYNOLDS, JOHN KUBIS, LLOYD RINDERER**

Mr. Robert E. Booth
Mills Shirley, LLP
rbooth@millsshirley.com
2228 Mechanic, Suite 400
Galveston, Texas 77550
**COUNSEL FOR DEFENDANT CRIS A. RASCO**

_____
            /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**

Filed: 12/11/2015 5:50:53 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8210269
By: Shailja Dixit
12/14/2015 9:02:46 AM

## CAUSE NO. 11-CV-0697

| | | |
|---|---|---|
| GLENDA BATSON | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 10TH JUDICIAL DISTRICT |
| | § | |
| MARAVILLA OWNERS' | § | |
| ASSOCIATION INC. et al. | § | GALVESTON COUNTY, TEXAS |

**Consolidated with**
## CAUSE NO. 11-CV-0886

| | | |
|---|---|---|
| DAVID C. RUCH et al. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 10TH JUDICIAL DISTRICT |
| | § | |
| MARAVILLA OWNERS' | § | |
| ASSOCIATION INC. et al. | § | GALVESTON COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Maravilla Owners' Association, Inc., Cathleen Comeaux Bach, John Kubis, Lloyd Rinderer, and Lyssa M. Graham Reynolds file this Notice of Appeal, pursuant to Texas Rule of Appellate Procedure 25.1, and show the Court as follows:

1. This appeal is from the 10th Judicial District Court of Galveston County, Texas, the Honorable Kerry Neves presiding.

2. The style of the cause in the trial court is: *Glenda Batson vs. Maravilla Owners' Association Inc., et al.;* Cause No. 11-cv-0697 and *David C. Ruch, et al. vs. Maravilla Owners' Association, Inc. et al.;* Cause No. 11-cv-0886.

3. Defendants Maravilla Owners' Association, Inc., Cathleen Comeaux Bach, John Kubis, Lloyd Rinderer, and Lyssa M. Graham Reynolds desire to appeal the Court's

final judgment, signed on September 22, 2015, together with all written orders, oral rulings, or rulings by operation of law.

4.     This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully Submitted,

By:  */s/ Wanda McKee Fowler*
     Wanda McKee Fowler
     State Bar No. 13698700
     Bradley W. Snead
     State Bar No. 24049835
     WRIGHT & CLOSE, LLP
     One Riverway, Suite 2200
     Houston, Texas 77056
     (713) 572-4321 (Telephone)
     (713) 579-4320 (Facsimile)
     fowler@wrightclose.com
     snead@wrightclose.com

     /s/ Brian Miller
     Myra K. Morris
     State Bar No. 14495850
     Brian Miller
     State Bar No. 24002607
     ROYSTON, RAYZOR, VICKERY
        & WILLIAMS, L.L.P.
     Frost Bank Plaza
     802 N. Carancahua St., Suite 1300
     Corpus Christi, Texas 78401
     Telephone:  (361) 884-8808
     Facsimile:  (361) 884-7261
     Email:  myra.morris@roystonlaw.com
     Email:  brian.miller@roystonlaw.com

     ATTORNEYS FOR DEFENDANTS MARAVILLA
     OWNERS' ASSOCIATION, INC., CATHLEEN
     COMEAUX BACH, JOHN KUBIS, LLOYD
     RINDERER, AND LYSSA M. GRAHAM
     REYNOLDS

**CERTIFICATE OF SERVICE**

I certify that this document was served using the e-filing system on all counsel of record, including the following, on December 11<u>th</u>, 2015.

Dax O. Faubus
THE FAUBUS FIRM
1001 Texas Avenue, 11th Floor
Houston, TX 77002
*Attorney for Plaintiffs David Ruch et al.*

Jeffrey L. Dorrell
Hanszen LaPorte
11767 Katy Freeway, Suite 850
Houston, TX 77079
*Attorney for Defendants Jacque Passino Jr. and Lone Pine Properties, Ltd.*

Neil H. McLaurin
BARTLEY & SPEARS, P.C.
14811 St. Mary's Lane, Ste. 270
Houston, TX 77079
*Attorney for Plaintiff Maravilla Homeowner's Association as to Third-Party Claims*

 */s/ Wanda McKee Fowler*
Wanda McKee Fowler